**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Christopher W. JOHNSON, Defendant–Appellant.**

**No. 05–40760
Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Jan. 23, 2007.

Michelle S. Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Amy R. Blalock, Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Texas, Tyler, TX, Gary R. Bonneaux, Federal Public Defender's Office, Beaumont, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender has moved for leave to withdraw and has filed a brief

---

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record and counsel's brief shows that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2. The Government's motion to dismiss the appeal is DENIED.